3:22-CV0148

FILED IN CLERK'S OFFICE
U.S.D.C.  Newnan

AUG 19 2022

KEVIN P. WEIMER, Clerk
By: ____ Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

motion and complaint

Constance Glenn

    Plaintiff,

v

Printing Speciality
    Chen and Todd
5200 Columbia Drive Camouflon, GA 30117

    Defendant,

 Gmail

**Constance Glenn <glenn.constance@gmail.com>**

---

## (no subject)

---

**Constance Glenn <glenn.constance@gmail.com>**                    Fri, Aug 19, 2022 at 3:12 PM
Draft

I, myself, ask of the judge(s) to securely control so help you God acts that violate federal law of application to go to work everyday and safeguard retaliation or punishment using property of values as of the morning of 6:00 AM August 22, 2022 and until further evidence credible are gathered from secure resources to gain stability, realiability, durability, and sustainability base on non-profit and profitability dealing with simple and complex business to business emergency management of products for operation process. It occurred at 11:30 AM Friday August 19, 2022. I was told if I don't work on 2nd shift then to not come in. Human resources has a resigned sheet or separation paper.
*before job is taken away by hot woman*

The acts are of creating false resignment by separation documentation without mutual beneficial written understanding from all parties jeopardizing security. Single worker meeting with Human resource and non-title personell dispositioning work by threats of security 1st shift into second shift jobs using only senority111and non- lateness, tardiness, or behaviors just hire date compromising 2nd shift duties of need  Human resources and floor personel alternatives techniques that lead to tactical risk packer, feeder, stacker, QA, operator work ethic causing business channel members ultimatums which is to violate.  Based on inapplicable terms and conditions without proper record for work environment for monitoring and regulations duties including inadequate titles, machine inspections, operators, violation of behaviors, and safety procedures for stability security of process.
Tactical alternative threats *, techniques, procedures, behavioral policies, etc.*
1st shift only machines
2nd shift only 3 machines will run
The need is for more packers on 2nd shift 2st shift packets *rs* go to 2nd shift
Vision Fold, Expert fold 1, expert fold 2, domino, and media are the machines, due cut, finishing, whip, ship and receive, press, quality auditors, etc.
*Reason I cannot work 2nd is family* natural and avork changes
Peaceful assembly of below workers contact info
Constance Glenn 4709207420 operator trained 2ndvshift, 1st packer hired Aug 5th 2022 orientation *asked by*
Cynthia 7707433323
Rick 6787871286                                                                *the*
Toy 6785999837
Malinda 4703728114                                                       *a lead or a*
Tiffany 4703661565                                                          *supervisor*
Bre 4047883483

*Printing Specialty*
*Columbia Drive*
*Carrollton, GA 30117*

*Constance Glenn*
*201 Hays Mill Road Unit A2*
*Carrollton, GA 30117*

Dume

Cynthie
770-743-
3323

Rick-678-
287-1256

6785999837
Toy
4703728114
malinda