# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CONSTANCE GLENN,<br>　　　　Plaintiff,<br><br>vs.<br><br>PRINTING SPECIALTY, AND CHEN AND TODD,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  3:22-cv-0148-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for failure to obey the Court's order and failure to state a claim.

Dated at Newnan, Georgia, this 10th day of November, 2022.

　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:  s/ D. Barfield
　　　　　　　　　　　　　　　　　D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 10, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ D. Barfield
　　　Deputy Clerk